| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Ethan Preston (263295)<br>Preston Law Offices<br>8245 North 85th Way<br>Scottsdale, Arizona 85258<br>(480) 269-9540 | FILED<br>2013 MAY -8 PM 12:53<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br>BY ____ |
|---|---|
| ATTORNEY(S) FOR: Jesse Meyer | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JESSE MEYER, an individual, on his own behalf and on behalf of all others similarly situated<br>Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio limited liability company, and DOES 1-100, inclusive<br>Defendant(s) | CASE NUMBER:<br>SACV13-00736 AG (JPRx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Jesse Meyer _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jesse Meyer | Plaintiff |
| Experian Information Solutions, Inc. | Defendant |
| Experian plc | Defendant's owner |

May 9, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jesse Meyer

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES

113M566636879.tif - 5/8/2013 4:56:57 PM