UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV13-736-AG (JPRx) | Date | February 13, 2014 |
|---|---|---|---|
| Title | Jesse Meyer v. Experian Information Solutions, Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Joe Roper | CS 2/13/2014 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Ethan Preston | Michael G. Morgan |

**Proceedings:**    (In Court): Hearing on Plaintiff's Motion to Compel Answers to Interrogatories

Case is called. Counsel make their appearances. Argument is heard. Defendant's credit report submission to the Court is ORDERED filed under seal and made part of the record on the motion.

For the reasons stated on the record, Plaintiff's motion is DENIED as to Interrogatory No. 1. As to Interrogatory No. 3, the motion to compel is GRANTED IN PART. Defendant Experian is required to search the 4-6 weeks' worth of requests it has for any consumers responsive to Interrogatory No. 3 as it was interpreted by the Court during this hearing. The parties are ordered to meet and confer immediately after this hearing as to what the 5 search terms will be. Plaintiff's request for fees and sanctions is DENIED WITHOUT PREJUDICE to Plaintiff's counsel coming back if, after reviewing Defendant's response to Interrogatory No. 3, he has reason to believe that the evidence not retained by Defendant subject to a litigation hold would've had information that was responsive to this interrogatory. If Defendant conducts an electronic search and that search is effective, then Defendant does not have to search the handwritten documents. Defendant must comply with this Court's ruling by Thursday, March 13, 2014.

|  | 1 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | JR |