Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Jesse Meyer, on his own behalf, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, and DOES 1-100, inclusive,<br><br>          Defendant. | No. SACV13-736 AG (JPRx)<br><br>District Judge Andrew Guilford<br><br>Magistrate Judge Jean P. Rosenbluth<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS ALL CAUSES OF ACTION AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: May 8, 2013 |

## **ORDER**

Plaintiff Jesse M. Meyer ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") having submitted a Joint Stipulation to dismiss all causes of action against Experian Information Solutions, Inc. per Federal Rule of Civil Procedure, Rule 41, the hereby Court orders all of Plaintiff's individual causes of action against Experian dismissed with prejudice and all claims of any absent putative class members dismissed without prejudice.

April 22, 2014

_____
Honorable Andrew J. Guilford.